IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KEVIN GILLEY,                                              CV. 05-1256-KI

        Plaintiff,                                          ORDER

  v.

STATE OF OREGON, et al.,

        Defendants.

KING, Judge

    Plaintiff brings this civil rights action *pro se.* On March 2, 2006, I issued an order dismissing plaintiff's claims against the Honorable Stephen L. Gallagher, the Honorable Clifford L. Freeman, and Deputy District Attorney John Horton, on the basis that they are entitled to absolute immunity. Additionally, I dismissed plaintiff's claims against the State of Oregon on the basis of sovereign immunity.

    Those defendants now move for entry of judgment pursuant to Fed. R. Civ. P. 54(b). Plaintiff has filed no opposition. I find that there is no just reason to delay the entry of judgment because the issue of the defendants' immunity is not related to the

1 -- ORDER

remaining issues in this case and will not result in piecemeal appeals. Accordingly, Defendants Gallagher, Freeman, Horton, and the State of Oregon's motion for entry of judgment is GRANTED.

## **CONCLUSION**

Defendants Gallagher, Freeman, Horton, and the State of Oregon's motion for entry of judgment (#28) is GRANTED. IT IS FURTHER ORDERED that Defendant Multnomah County's unopposed motion to extend all deadlines (#31) is GRANTED.

The deadlines are EXTENDED as follows: discovery shall be completed by July 14, 2006, dispositive motions shall be filed on or before August 14, 2006, and the pretrial order shall be filed on or before September 14, 2006.

IT IS SO ORDERED.

DATED this  10th  day of May, 2006.

                                                /s/ Garr M. King
                                               Garr M. King
                                               United States District Judge